**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE:

JONES, COEY I. AND JUNE R.

Debtors.

Case No. 08-12523-NLJ
(Chapter 7)

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Joel C. Hall, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3011 Fed.R.Bankr.P. and reports to the Court Clerk the following are dividends unclaimed funds (see attached).

A check made payable to the Court Clerk is attached hereto for deposit into unclaimed funds.

DATE: June 10, 2010

s/Joel Hall

Joel C. Hall, #13643
3030 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK 73102
(405) 232-3800 Telephone

**DIVIDENDS REMITTED TO THE COURT**

Case Number 08-12523 - JONES, COEY L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Nuvell Credit Company LLC**<br>**PO Box 130156**<br>**Roseville, MN 55113-0002** | **000002** | **6,255.45** | **3.71** |
| **Omni Financial of Nevada**<br>**PO Box 44215**<br>**Las Vegas NV 89116** | **000003** | **1,793.24** | **1.06** |
| **Castle Credit Corporation**<br>**8430 West Bryn Mawr #750**<br>**Chicago, Illinois 60631**<br>(4-1) Kirby Vacuum System-Account #0HA783(4-2) Account #7618 Kirby Vacuum System<br>(4-2) Unsecured deficiency balance on collateral that has not been surrendered | **000004** | **1,408.75** | **0.84** |
| **Roundup Funding LLC**<br>**MS 550**<br>**PO Box 91121**<br>**Seattle WA 98111-9221<a href='/cgi-bin/Claimant.pl?234795,6,08-12523'> Claimant History</a>** | **000006** | **302.57** | **0.18** |
| **PIONEER MILITARY LENDING**<br>**PO BOX 10487**<br>**KANSAS CITY, MO 64171-0487**<br>(7-1) balance due on loan for money | **000007** | **3,774.02** | **2.24** |
| **eCAST Settlement Corporation assignee of GE Money Bank JC Penney Consumer**<br>**POB 35480**<br>**Newark NJ 07193-5480**<br>(8-1) Credit Card Debt | **000008** | **400.82** | **0.24** |
| **eCAST Settlement Corporation assignee of GE Money Bank PayPal Buyer Credit**<br>**POB 35480**<br>**Newark NJ 07193-5480**<br>(9-1) Credit Card Debt | **000009** | **594.20** | **0.35** |
| **eCAST Settlement Corporation assignee of GE Money Bank Kirklands PLCC**<br>**POB 35480**<br>**Newark NJ 07193-5480**<br>(10-1) Credit Card Debt | **000010** | **649.48** | **0.39** |
| **California Student Aid Commission**<br>**PO Box 419041**<br>**Rancho Cordova CA 95741-9041** | **000011** | **7,294.41** | **4.33** |

Date: 06/10/10



**DIVIDENDS REMITTED TO THE COURT**

Case Number 08-12523 - JONES, COEY L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **American Student Assistance**<br>**100 Cambridge St Ste 1600**<br>**Boston MA 02114**<br>(12-1) Citibank NA as trustee for The Student Loan Corporation | **000012** | **7,030.11** | **4.17** |
| **Omni Financial of Nevada**<br>**PO Box 44215**<br>**Las Vegas NV 89116** | **000013** | **1,778.24** | **1.06** |
| **Citibank NA The Studen Loan Corp**<br>**c/o Citibank (South Dakota) NA**<br>**701 E 60th Street North, MC 2135**<br>**Sioux Falls SD 57117** | **000014** | **7,501.95** | **4.45** |
| ----------- Remittance Total --------------- | | **38,783.24** | **23.02** |

JOEL HALL, TRUSTEE